James Richard CUELLAR, Appellant,

v.

Dr. O'BRIEN; Dr. Syam Kilaru; Jay Nelson; Bernard, Appellees.

No. 10–2954.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2010.

Filed: Dec. 2, 2010.

James Richard Cuellar, Mount Pleasant, IA, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate James Cuellar appeals the district court's [1] 28 U.S.C. § 1915A(b) pre-service dismissal of his 42 U.S.C. § 1983 action alleging that he and other inmates have been subjected to unconstitutional conditions and treatment at the Mount Pleasant Correctional Facility. After careful de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we find no basis for reversal. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.